| Fill in this Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Roger | | Shalako |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the District of Arizona

Case number: 2:21-bk-08885



**FILED**

**Form 1340 (12/23)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

JAN 3 1 2024

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $6,512.50 |
|---|---|
| Claimant's Name: | Roger Shalako |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 1666 SOUTH EXTENSION ROAD<br>BLDG1 APT 202<br>MESA AZ 85210<br>480-386-7188<br>rogerthatshalako88@gmail.com |

### 2. Claimant Information

Applicant[2] represents the following:

[✓] The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ] The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:

[ ] If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

[✓] Applicant is the Claimant.

[ ] Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).

[ ] Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Supporting Documentation

[✓] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

### 5. Notice to United States Attorney

[✓] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Arizona
2 Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ 85004

### 6. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152.

Date: 1/20/2024

*Roger Shalako*
Signature of Applicant

Roger Shalako
Printed Name of Applicant

Address: 1666 SOUTH EXTENSION ROAD
BLDG1 APT 202
MESA AZ 85210

Telephone: 480-386-7188

Email: rogerthatshalako88@gmail.com

### 6. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address: _____

Telephone: _____

Email: _____

### 7. Notarization

STATE OF Arizona
COUNTY OF Pima County

This Application for Unclaimed Funds, dated 1-20-2024 was subscribed and sworn to before me this 20th day of January, 20 24 by

*Roger Shalako*

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

*[Notarial wording to be adjusted based on state requirements]*

(SEAL) PAULA M. BROWN
Notary Public - State of Arizona
PIMA COUNTY
Commission # 582019
Expires June 19, 2024

*Paula M Brown*

My commission expires: 6-19-2024

### 7. Notarization

STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20____ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

*[Notarial wording to be adjusted based on state requirements]*

(SEAL)  Notary Public _____

My commission expires: _____