# UNITED STATES BANKRUPTCY COURT
## District of Arizona

In re: ) Case No. 2:21-bk-08885
Roger Shalako )
)
)
*Debtor(s)* ) Chapter 13

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On  1/20/2024 , an application was filed for the Claimant(s), **Roger Shalako** , for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ **6,512.50** held in unclaimed funds be made payable to the Claimant(s) **Roger Shalako** and be disbursed at the following address:

**1666 SOUTH EXTENSION ROADBLDG1 APT 202 MESA AZ 85210**.