# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry

**Hearing Information:**

|  |  |  |  |
|---|---|---|---|
| Debtor: | ROGER SHALAKHO | | |
| Case Number: | 2:21-BK-08885-EPB | Chapter: | 13 |
| Date / Time / Room: | TUESDAY, APRIL 02, 2024 10:00 AM   7TH FLOOR #703 | | |
| Bankruptcy Judge: | EDDWARD P. BALLINGER JR. | | |
| Courtroom Clerk: | DAWN SAUCIER | | |
| Reporter / ECR: | FRANCHESCA GALLARDO | | |

**Matter:**

SHOW CAUSE HEARING ON DEBTOR'S APPLICATION FOR UNCLAIMED FUNDS
R / M #:   0 / 0

**Appearances:**

RUSSELL BROWN, TRUSTEE
FRANK T. WATERS, ATTORNEY FOR ROGER SHALAKHO
ELIZABETH AMAROSI, ATTORNEY FOR UNITED STATES TRUSTEE

**Proceedings:**

Mr. Brown reports that, in researching the debtor's application, he discovered that the debtor's phone number and email address are invalid and the debtor is reportedly deceased. Furthermore, the signature on the application does not match the debtor's known signature.

Mr. Waters responds to the Court's inquiries regarding suspicious discrepancies in the application for unclaimed funds. Mr. Waters cannot confirm whether the debtor is deceased, but he has had no communication with the debtor since September of 2023. He did not assist the debtor with the application for unclaimed funds, so he is unaware if the debtor was the person who actually filed it; nor is he familiar with the person who allegedly notarized the application.

**COURT:  IT IS ORDERED denying without prejudice debtor's application for unclaimed funds subject to the applicant filing a request for an evidentiary hearing.**